**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION**

**SHANE ROBLEY**                                                                                             **PLAINTIFF**

**v.**                         **No. 3:16-CV-3114**

**BUZZARD ROOST HARBOR, INC.;
BUZZARD ROOST INN, INC.; and
IAN M. TICE**                                                              **DEFENDANTS**

**JOINT MOTION TO DISMISS WITH PREJUDICE**

Comes the Plaintiff Shane Robley and Separate Defendant Buzzard Roost Harbor, Inc., by and through their respective counsel, and for their Joint Motion to Dismiss With Prejudice, state as follows:

1. The Plaintiff and Separate Defendant Buzzard Roost Harbor, Inc., have settled the dispute between them.

2. Based upon resolution of their dispute, the parties jointly request that all the Plaintiff's claims against Separate Defendant Buzzard Roost Harbor, Inc., be dismissed with prejudice.

3. The parties are attaching to this motion a proposed Order of Dismissal as Exhibit "A".

WHEREFORE, Plaintiff Shane Robley and Separate Defendant Buzzard Roost Harbor, Inc., respectfully request that their Joint Motion to Dismiss With Prejudice be granted and that they be given all other relief to which they are entitled.

- 2 -

Respectfully submitted,

HUFFMAN LAW FIRM, PLLC
P. O. Box 944
Covington, Tennessee  38019
Telephone:  (901) 726-3854
Facsimile:  (901) 726-3539
bryan@huffmanfirm.com


BY:   */s/   Bryan Huffman*
        BRYAN HUFFMAN
        *Attorney for Plaintiff*

        - and  -

MUNSON, ROWLETT, MOORE & BOONE, P.A.
1900 Regions Center
400 West Capitol Avenue
Little Rock, Arkansas  72201
Telephone:  (501) 374-6535
Facsimile:  (501) 374-5906
Shane.strabala@mrmblaw.com


BY:   */s/  Shane Strabala*
        SHANE STRABALA, Ark. Bar No. 2000080
        *Attorney for Buzzard Roost Harbor, Inc.*