IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

SHANE ROBLEY                                                                                PLAINTIFF

v.                                          No. 3:16-CV-3114

BUZZARD ROOST HARBOR, INC.;
BUZZARD ROOST INN, INC.; and
IAN M. TICE                                                                                 DEFENDANTS

## ORDER OF DISMISSAL

Comes before the Court the Joint Motion of Plaintiff Shane Robley and Separate Defendant Buzzard Roost Harbor, Inc., seeking to have all claims of Plaintiff against Separate Defendant Buzzard Roost Harbor, Inc., dismissed with prejudice. The Court has been advised that these parties have resolved the dispute between them and, based upon the foregoing, the Plaintiff's claims against Separate Defendant Buzzard Roost Harbor, Inc., are hereby dismissed with prejudice.

IT IS SO ORDERED this 11th day of April, 2017.

_____
HONORABLE TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE